# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Luxottica Group S.p.A., et al.

                                                  Plaintiff,

v.                                                        Case No.: 1:25−cv−09942

                                                        Honorable Robert W. Gettleman

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendants' Unopposed Motion To Withdraw Motion To Dismiss And For Extension Of Time [61] is granted. Motion to dismiss [39] is withdrawn and the briefing schedule set on 10/28/2025 stricken. Defendants Kingtee, Coolcottonshirts, and Lorikeet's responsive pleading due by 1/23/2026. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.